UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| YOUSTAKE, INC., <br> and <br> FRANK DEGEORGE <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES <br> SECURITIES AND EXCHANGE <br> COMMISSION and <br> JAY CLAYTON, in his official <br> capacity as Chairman of the <br> United States Securities and <br> Exchange Commission, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO: 5:17-cv-00065 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH <u>RELIEF CAN BE GRANTED</u>

Defendants United States Securities and Exchange Commission and Jay Clayton in his official capacity as Chairman of the United States Securities and Exchange Commission (collectively, "Defendants"), by counsel and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss Plaintiffs' Complaint For Declaratory Judgment for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The reasoning and authorities supporting this motion are set forth in the accompanying Securities And Exchange Commission's Memorandum of Law In Support of Its Motion to Dismiss. For the reasons set forth in the accompanying Memorandum, Defendants respectfully

1

request that this Court enter an Order granting the Motion to Dismiss, and dismissing the Plaintiffs' Complaint For Declaratory Judgment with prejudice.

Respectfully Submitted,
Melinda Hardy
Assistant General Counsel

Date: September 12, 2017

*/s/ Ann Rosenfield*
Ann Rosenfield
Senior Counsel
District of Columbia Bar No. 418316
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-4831
E-mail: Rosenfielda@sec.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Tel: (301) 444-4600
Fax: (301) 576-6885
Email: mac@mbvesq.com
Counsel for Defendants YouStake, Inc.
and Frank De George

\s\ *Ann Rosenfield*
Ann Rosenfield