# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**YOUSTAKE, INC., et al.,**

vs.

**JAY CLAYTON, et al.,**

Action No: 5:17CV00065
Date: 10/19/2017
Judge: Michael F. Urbanski, Chief USDJ
Court Reporter: Sonia Ferris
Deputy Clerk: Jody Turner

Plaintiff Attorney(s)
Maurice VerStandig

Defendant Attorney(s)
Ann Rosenfield

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Motion to Dismiss [5]:
Parties argue.
Court will render an opinion.

Time in court: 1:30 – 2:02 = 28 minutes