CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 04 2017

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**YOUSTAKE, INC.,**
**and**
**FRANK DEGEORGE**

**Plaintiffs,**

**v.**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION and JAY CLAYTON, in his official capacity as Chairman of the United States Securities and Exchange Commission,**

**Defendants.**

**CASE NO: 5:17-cv-00065**

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

Before the Court is Defendants' Motion to Withdraw Counsel. Having reviewed the motion and the record, it is:

**ORDERED** that the motion is GRANTED. Ann Rosenfield is hereby withdrawn as a counsel of record for Defendants United States Securities and Exchange Commission and Jay Clayton, Chairman of the United States Securities and Exchange Commission, which will continue to be represented by other counsel of record who has previously filed an appearance in this case.

ENTERED this 4th day of December, 2017.

/s/ Michael F. Urbanski
MICHAEL F. URBANSKI
UNITED STATES DISTRICT JUDGE