IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| YOUSTAKE, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 5:17-cv-65 |
| ) | |
| JAY CLAYTON, in his official capacity as ) | |
| Chairman of the United States Securities ) | |
| and Exchange Commission, *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Come now YouStake, Inc. ("YouStake") and Frank DeGeorge ("Mr. DeGeorge") (YouStake and Mr. DeGeorge being collectively known as the "Plaintiffs" and each being sometimes known as a "Plaintiff"), by and through undersigned counsel, and note as follows:

This matter was commenced after the United States Securities and Exchange Commission (the "SEC") spent more than a year investigating YouStake without identifying any specific statute or regulation contravened by YouStake's operational structure. The investigation not only placed an enormous financial burden on YouStake, but also served to place the startup company in a state of paralytic purgatory, hampered in its ability to conduct business and raise capital by virtue of the Damoclean sword dangling overhead.

During the course of this litigation, the SEC has acknowledged that it "is not now contending that the business model of YouStake involves the sale and/or exchange of securities." And on December 18, 2017, the SEC formally notified YouStake, in the care of undersigned counsel, that "We have concluded the investigation as to YouStake.com.

Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against YouStake."

With the SEC's position clarified and the SEC's investigation terminated, it appears this litigation has now served the compelling purposes for which it was brought. And thus there does not appear to be good cause to continue to ask the resources of this Honorable Court at this time.

In concluding this matter, YouStake, Mr. DeGeorge and undersigned counsel do wish to convey their sincere gratitude to this Honorable Court for the attention given to this case and the efforts expended shepherding it along.

WHEREFORE, the foregoing considered, YouStake, Inc. and Frank DeGeorge formally give notice, pursuant to the allowances of Federal Rule of Civil Procedure 41(a)(1)(A)(i), that they are dismissing the above-captioned case, without prejudice, and that they otherwise reserve all rights attendant to such a dismissal.

Date: December 19, 2017

Respectfully submitted,

By: /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    Virginia Bar No. 81556
    The VerStandig Law Firm, LLC
    9812 Falls Road, #114-160
    Potomac, MD 20854
    Phone: 301-444-4600
    Facsimile: 301-576-6885
    E-mail: mac@mbvesq.com
    *Counsel for YouStake, Inc.*
    *and Frank DeGeorge*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties authorized to receive electronically Notices of Electronic Filing.

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig