CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 21 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| YOUSTAKE, INC., et al. | ) |
| | ) |
| Plaintiffs, | ) Case No. 5:17-cv-00065 |
| | ) |
| v. | ) |
| | ) By: Hon. Michael F. Urbanski |
| JAY CLAYTON, in his official capacity as Chairman of the United States Securities and Exchange Commission, et al. | ) Chief United States District Judge |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiffs in this case have filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that this matter is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order to all counsel of record.

Entered: 12/21/2017

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge