CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 12 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| YOUSTAKE, INC., et al. | )<br>) |
| Plaintiffs, | ) Case No. 5:17-cv-00065<br>) |
| v. | )<br>) By: Hon. Michael F. Urbanski |
| JAY CLAYTON, in his official capacity as Chairman of the United States Securities and Exchange Commission, et al. | ) Chief United States District Judge<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

AMENDED ORDER

Plaintiffs in this case have filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that this matter is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order to all counsel of record.

Entered: 01-12-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge